UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SAMANTHA SPECK,<br><br>                          Plaintiff,<br><br>v.<br><br>COMPASSROCK REAL ESTATE, LLC,<br><br>                          Defendant. | Case No. 2:14-cv-01674-JCM-PAL<br><br>ORDER |

This matter is before the court on Defendant's failure to file a Certificate as to Interested Parties as required by LR 7.1-1.  The Complaint (Dkt. #1) in this matter was filed October 12, 2014.  Defendant filed an Answer (Dkt. #6) November 19, 2014.  LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case.  LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed.  Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires.  To date, Defendant has failed to comply.  Accordingly,

**IT IS ORDERED** Defendant shall file its certificate of interested parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., December 18, 2014.**  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 4th day of December, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE